# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**REGINA A. EDDY**       **CIVIL CASE NO. 3:24-CV-0706**

**VERSUS**       **JUDGE DAVID C. JOSEPH**

**INTERNATIONAL BUSINESS MACHINES CORPORATION**       **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 46] of the Magistrate Judge previously filed herein, and after considering the SUMMARY RESPONSE/OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 48], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, and DECREED that Defendant International Business Machines Corporation's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [Doc. 29] is GRANTED, and that Plaintiff Regina Eddy's COMPLAINT [Doc. 1], as AMENDED [Doc. 26], is hereby DISMISSED, with prejudice, in its entirety. FED. R. CIV. P. 12(b)(6). The case is closed.

THUS DONE AND SIGNED, in Chambers on this 20th day of August 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE